# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DORA DAWSON,                      )
   Plaintiff,                      )
                                        )
                                        )      **Case No. 4:11-CV-00597 JTK**
v.                                )
                                        )
MICHAEL J. ASTRUE, Commissioner,  )
Social Security Administration    )
   Defendant.                     )
                                        )

## **FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 20th day of August, 2012.

_____
United States Magistrate Judge